UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-20883-CR-FAM

UNITED STATES OF AMERICA,

  Plaintiff,

vs.             **SATISFACTION OF JUDGMENT**

CARLOS SEAFOOD INC.,

  Defendant.
_____/

The fine/restitution in the amount of $350,000.00 and the special assessment having been paid in full, the Clerk for the Southern District of Florida is hereby authorized and empowered to cancel said judgment of record.

            Respectfully submitted,

            R. ALEXANDER ACOSTA
            UNITED STATES ATTORNEY

Date: June 13, 2005

            BY: ELIZABETH RUF STEIN
            ASSISTANT U.S. ATTORNEY
            99 N. E. 4th Street, Rm. 300
            Miami, FL 33132-211
            Tel No. (305) 961-9313
            Fax No. (305) 530-7195
            Florida Bar No. 354945
            E-Mail: EStein@USDOJ.gov

This Instrument Was Prepared By: Elizabeth Ruf Stein
              Assistant U.S. Attorney

